UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: ) BK No.: 17-24281
)
CHARLENE HALL ) Chapter: 13
) Honorable Jack Schmetterer
)
)
Debtor(s) )

## ORDER GRANTING MOTION TO INCUR DEBT and TO SHORTEN NOTICE

THIS MATTER coming to be heard on the motion of the Debtor, the Court having jurisdiction over the parties and the subject matter and being duly advised in the premises and due notice having been given to the parties entitled thereto:

It is hereby ORDERED that:

1) Debtor's request to shorten the notice requirement is granted.

2) The Debtor is granted leave to lease a vehicle, with monthly payments of up to $435.45 per month for a 2020 Acura RDX or similar vehicle.

Enter: /s/ Jack B. Schmetterer

Honorable Jack B. Schmetterer
United States Bankruptcy Judge

Dated: July 08, 2020

**Prepared by:**

Robert C. Bansfield Jr. ARDC #6329415
David M. Siegel & Assoc., LLC
790 Chaddick Drive
Wheeling, IL 60090
(847) 520-8100
davidsiegelbk@gmail.com