UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: ) BK No.: 17-24281
CHARLENE HALL, )
) Chapter: 13
) Honorable Donald R. Cassling
)
)
Debtor(s) )

## ORDER GRANTING MOTION TO INCUR DEBT AND SHORTEN NOTICE

THIS MATTER coming to be heard on the motion of the Debtor, the Court having jurisdiction over the parties and the subject matter and being duly advised in the premises and due notice having been given to the parties entitled thereto:

It is hereby ORDERED that:

1) Debtor's request to shorten the notice requirement is granted.

2) The Debtor is granted leave to finance a vehicle, with monthly payments of up to $422.39 per month for 72 months at an interest rate of 15.95%.

Enter: *Donald R. Cassling*

Honorable Donald R. Cassling
United States Bankruptcy Judge

Dated: November 04, 2021

**Prepared by:**

Michael R. Colter, II, ARDC 6304675
David M. Siegel & Assoc., LLC
790 Chaddick Drive
Wheeling, IL 60090
847-520-8100